UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



MICHAEL COMERY (#A57510)

VERSUS

SGT. JEFF GRIFFIN, ET AL

CIVIL ACTION

NO. 09-768-C

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated January 14, 2010. Plaintiff has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the plaintiff's complaint will be dismissed as frivolous pursuant to 28 U.S.C § 1915(e)(2)(B)(i).

Baton Rouge, Louisiana, March 16, 2010.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA